UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SYDRIAN LOFTON, | ) | Case No.: 11-CV-02348-LHK |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER TO SHOW CAUSE WHY CASE |
| DOLLAR TREE INC., MARDESICH COMPANY SOUTHGATE, LLC, a California Limited Liability Company, | ) ) ) | SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| Defendants. | ) ) | |

The Complaint in this case was filed on May 12, 2011. Because the Complaint asserts violations of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101 et seq., General Order 56 applies. Under General Order 56, the Court set a schedule with deadlines for certain events. *See* ECF No. 4.

On October 5, 2011, Plaintiff filed a notice of need for mediation between Plaintiff and remaining Defendant Mardesich Company Southgate, LLC. ECF No. 13. The case was automatically referred to court-sponsored mediation on October 7, 2011. *See* ECF Nos. 13-14; General Order 56 ("The matter will then be automatically referred to mediation and the ADR Program will schedule a mediation as soon as possible."). On November 1, 2011, a mediator was appointed. ECF No. 14. The deadline to conduct the mediation session was 90 days from the referral to mediation. ADR Local Rule 6-4(b).

1

Case No.: 11-CV-02348-LHK
ORDER TO SHOW CAUSE

Pursuant to General Order 56, upon completion of the mediation, the parties are required to either inform the Court whether mediation was successful or, if not, request a case management conference. The deadline to complete the mediation has passed, and the parties have not filed either a notice that the case has settled or an administrative motion requesting a case management conference.

It is now ten months since the case was filed, and two months since the parties were to have completed mediation. The Court therefore orders the Plaintiff to show cause why the case should not be dismissed for lack of prosecution. Plaintiff shall file this response on or before March 26, 2012. A show cause hearing shall be held at 1:30 p.m. on April 12, 2012. Absent a showing of good cause, the case will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 12, 2012

_____
LUCY H. KOH
United States District Judge