UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYDRIAN LOFTON, ) <br> ) <br>      Plaintiff, ) <br>   v. ) <br> ) <br> DOLLAR TREE INC., MARDESICH ) <br> COMPANY SOUTHGATE, LLC, a California ) <br> Limited Liability Company, ) <br> ) <br>      Defendants. ) <br> ) | Case No.: 11-CV-02348-LHK <br><br> ORDER REGARDING NOTICE OF SETTLEMENT |

  Plaintiff filed a notice indicating that the parties have reached a settlement of the entire action. Plaintiff shall have until May 25, 2012 to file the stipulation of dismissal. If the parties do not file a stipulation of dismissal by May 25, 2012, the Court shall set a case management conference at that time.

**IT IS SO ORDERED.**

Dated: May 11, 2012

                  _Lucy H. Koh_
                  LUCY H. KOH
                  United States District Judge