1  K. Randolph Moore, SBN 106933
2  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
3  332 North Second Street
   San Jose, California 95112
4  Telephone: (408) 298-2000
   Facsimile: (408) 298-6046

5  Attorneys for Plaintiff
   Sydrian Lofton

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDRIAN LOFTON, | No: 5:11-cv-02348-LHK |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF MARDESICH COMPANY SOUTHGATE, LLC; [PROPOSED] ORDER** |
| vs. | |
| DOLLAR TREE INC., MARDESICH COMPANY SOUTHGATE, LLC, a California Limited Liability Company, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Sydrian Lofton ("Plaintiff") and Defendant Mardesich Company Southgate, LLC ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant be dismissed with prejudice from this action.

IT IS FURTHER STIPULATED between Plaintiff and Defendant that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendant request the Court to retain jurisdiction to enforce the terms

///

///

///

///

*Lofton v. Dollar Tree Inc., et al.*
Stipulation for Dismissal; [Proposed] Order

Page 1

of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

Date: May 25, 2012                             MOORE LAW FIRM, P.C.


                                               /s/ Tanya E. Moore
                                               Tanya E. Moore
                                               Attorney for Plaintiff Sydrian Lofton


Date: May 25, 2012                             BERLINER COHEN


                                               /s/ Mary Katharine Wilson
                                               Christine H. Long
                                               Mary Katharine Wilson
                                               Attorneys for Defendant
                                               Mardesich Company Southgate, LLC

### **ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Sydrian Lofton and Defendant Mardesich Company Southgate, LLC shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Sydrian Lofton and Defendant Mardesich Company Southgate, LLC, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Mardesich Company Southgate, LLC is dismissed with prejudice from this action. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 29, 2012                            *Lucy H. Koh*
                                               United States District Court Judge