1  K. Randolph Moore, SBN 106933
   Tanya E. Moore, SBN 206683
2  MOORE LAW FIRM, P.C.
   332 North Second Street
3  San Jose, California  95112
   Telephone: (408) 298-2000
4  Facsimile:  (408) 298-6046

5  Attorneys for Plaintiff
   Sydrian Lofton

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDRIAN LOFTON,<br><br>           Plaintiff,<br><br>     vs.<br><br>DOLLAR TREE INC., MARDESICH COMPANY SOUTHGATE, LLC, a California Limited Liability Company,<br><br>           Defendants. | No: 5:11-cv-02348-LHK<br><br>**STIPULATION FOR DISMISSAL OF MARDESICH COMPANY SOUTHGATE, LLC; [PROPOSED] ORDER** |

   IT IS HEREBY STIPULATED by and between Plaintiff Sydrian Lofton ("Plaintiff") and Defendant Mardesich Company Southgate, LLC ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant be dismissed with prejudice from this action.

   IT IS FURTHER STIPULATED between Plaintiff and Defendant that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendant request the Court to retain jurisdiction to enforce the terms

///

///

///

///

*Lofton v. Dollar Tree Inc., et al.*
Stipulation for Dismissal; [Proposed] Order

Page 1

of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

Date: May 25, 2012                                MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff Sydrian Lofton

Date: May 25, 2012                                BERLINER COHEN

/s/ Mary Katharine Wilson
Christine H. Long
Mary Katharine Wilson
Attorneys for Defendant
Mardesich Company Southgate, LLC

## ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Sydrian Lofton and Defendant Mardesich Company Southgate, LLC shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff Sydrian Lofton and Defendant Mardesich Company Southgate, LLC, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, Mardesich Company Southgate, LLC is dismissed with prejudice from this action. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 29, 2012                    /s/ Lucy H. Koh
                                        United States District Court Judge

*Lofton v. Dollar Tree Inc., et al.*
Stipulation for Dismissal; [Proposed] Order

Page 2